1  Jeremy T. Bergstrom, Esq.                                    E-filed on <u>December 8, 2009</u>
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-96467

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6  LP

7                      **UNITED STATES BANKRUPTCY COURT**
                             **DISTRICT OF NEVADA**
8
   In Re,                                     BK No.: BK-S-09-28069-MKN
9
   KEVIN A. HEDDEN AND JUDITH A.              Chapter 13
10 HEDDEN,
                                              **REQUEST FOR SPECIAL NOTICE**
11                  Debtor(s).

12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.
13
           PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and
14
   Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA
15
   COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case
16
   and all papers served or required to be served in this case (including, but not limited to, Notice
17
   for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be
18
   given to and served upon the undersigned at the following address and telephone number.
19
           Jeremy T. Bergstrom, Esq.
20         MILES, BAUER, BERGSTROM & WINTERS, LLP
           2200 Paseo Verde Pkwy., Suite 250
21         Henderson, NV  89052
           PH (702) 369-5960
22
                                   MILES, BAUER, BERGSTROM & WINTERS, LLP
23
   Dated:    <u>December 7, 2009</u>     By:    <u>/s/ Jeremy T. Bergstrom, Esq.</u>
24                                              Jeremy T. Bergstrom, Esq.
                                                Attorney for Secured Creditor

                                      1

1

## <u>CERTIFICATE OF MAILING</u>

2

3
The undersigned hereby certifies that on <u>  December 8, 2009  </u>, a copy of the

4
**Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

5
true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

6
States Mail, addressed as follows:

7
<u>ATTORNEY FOR DEBTOR</u>:
Christian N. Griffin
Haines & Krieger

8
1020 Garces Ave Ste 100
Las Vegas, NV 89101

9

10
<u>CHAPTER 13 TRUSTEE</u>:
Kathleen A. Leavitt
201 Las Vegas Blvd S. Ste. 200

11
Las Vegas, NV  89101

12
I declare under penalty of perjury under the laws of the State of Nevada that the

13
foregoing is true and correct.

14
      /s/ Michael L. Dobbs, Jr.
      An Employee of Miles, Bauer, Bergstrom & Winters, LLP

15
**(09-96467/rfsnlv.dot/sla)**

16

17

18

19

20

21

22

23

24

2